1   KEVIN V. RYAN, SBN 118321
    United States Attorney
2   JOANN M. SWANSON, SBN 88143
    Assistant United States Attorney
3   Chief, Civil Division
    SARA WINSLOW, DCBN 457643
4   Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7260
      Facsimile:  (415) 436-7169
7
8   Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  DAVID B. STEPHENSON,            )
13          Plaintiff,              )      CIVIL NO.  04-02422 SC
                                    )
14          v.                      )      STIPULATION AND ORDER
                                    )      DISMISSING COMPLAINT
15  JO ANNE B. BARNHART,            )
    Commissioner of Social Security, )
16                                  )
17          Defendant.              )
    _____)

18          IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    Court, that the above-captioned case is dismissed.

2

3

4

5    Dated:  December 5, 2006                    /s/
                                        MICHAEL DIAS
6                                       Attorney for Plaintiff

7

8                                       KEVIN V. RYAN
                                        United States Attorney
9

10

11   Dated:  December 5, 2006      By:        /s/
                                        SARA WINSLOW
12                                      Assistant United States Attorney

13

14   PURSUANT TO STIPULATION, IT IS SO ORDERED:

15

16

17

18   Dated:    12/6/07

19

20

21

22

23

24

25

26

27

28

STEPHENSON, DISMISSAL STIP (ds)
C 04-02422 SC                        2